# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHASANOW, DEBORAH K. | U.S. DIST. CT. FOR D. OF MD. | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

RM 400 U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust created by ▧▧▧ will (created 11/2011) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | monthly | State of Maryland Retirement | $11,767.68 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | various | Retirement Income, State of Maryland Judiciary |
| 2. | various | Private mediation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rollover IRA, Delaware Charter Trustee (H) | | | | | | | | | |
| 2. --Daily Income Fund | A | Dividend | L | T | | | | | |
| 3. --Rayonier Inc. Reit | A | Dividend | K | T | | | | | |
| 4. --Rayonier Advanced Matls Inc. | A | Dividend | J | T | Spinoff (from line 3) | 06/27/14 | J | | |
| 5. --Conoco Phillips | B | Dividend | K | T | | | | | |
| 6. --Phillips 66 | A | Dividend | J | T | | | | | |
| 7. --Washington REIT SBI | A | Dividend | J | T | | | | | |
| 8. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | L | W | | | | | |
| 9. Ameriprise Financial AQEAX | A | Dividend | K | T | | | | | |
| 10. CONSOLIDATED CAPITAL GROWTH FUND (Y) | | | | | | | | | |
| 11. Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 12. Bank of America CHECKING | A | Interest | N | T | | | | | |
| 13. Bank of America checking | A | Interest | N | T | | | | | |
| 14. Bank of America SAVINGS | B | Interest | M | T | | | | | |
| 15. T.ROWE PRICE MD. TAX FREE BOND | A | Distribution | | | Redeemed | 08/12/14 | J | A | |
| 16. MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | | | Closed | 08/06/14 | J | A | |
| 17. Daily Income Fund | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. America Movil SA | A | Dividend | K | T | | | | | |
| 19. Equitable Life Insurance Policy | B | Dividend | L | T | | | | | |
| 20. Hartford Life Insurance Policy | D | Interest | N | T | | | | | |
| 21. SEP IRA (H) | | | | | | | | | |
| 22. --Daily Income fund (formerly Courtland General Money Fund) | A | Dividend | K | T | | | | | |
| 23. --Plum Creek Timber Co. | B | Dividend | L | T | | | | | |
| 24. --Encana Corp. | A | Dividend | J | T | | | | | |
| 25. --Cenovus Energy Inc. | A | Dividend | J | T | | | | | |
| 26. --Weyerhaeuser Company | B | Dividend | L | T | | | | | |
| 27. --Chevron Corp | C | Dividend | L | T | | | | | |
| 28. --MDU Resources Group Inc. | B | Dividend | K | T | | | | | |
| 29. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 30. --Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 31. --Spectra Energy Corp. | B | Dividend | K | T | | | | | |
| 32. --Johnson and Johnson | B | Dividend | L | T | | | | | |
| 33. --Quest Diagnostics | A | Dividend | J | T | | | | | |
| 34. --Caterpillar Inc. | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Coca Cola Company | A | Dividend | K | T | | | | | |
| 36. --General Mills Inc. | A | Dividend | K | T | | | | | |
| 37. --Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 38. --iShares Barclays 1-3 year credit bond | A | Dividend | K | T | | | | | |
| 39. --Conoco Phillips | B | Dividend | K | T | | | | | |
| 40. --Phillips 66 | A | Dividend | K | T | | | | | |
| 41. --Rayonier Inc. | A | Dividend | J | T | | | | | |
| 42. --Rayonier Advanced Matls Inc. | A | Dividend | J | T | Spinoff (from line 41) | 06/27/14 | J | | |
| 43. --Matthews Asian Japan Inv. | A | Dividend | K | T | Buy | 06/04/14 | K | | |
| 44. Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 45. Spectra Enegy Corp. | A | Dividend | J | T | | | | | |
| 46. Anadarko Petroleum Corp. | A | Dividend | K | T | | | | | |
| 47. Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 48. Apache Corp. | A | Dividend | K | T | | | | | |
| 49. Bank of America Time Deposits | C | Interest | M | T | | | | | |
| 50. Ensco International PLC | A | Dividend | J | T | | | | | |
| 51. Nabors Industries Ltd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BHP Billiton Ldt ADR | B | Dividend | K | T | | | | | |
| 53. Central Europe and Russia Fund | A | Dividend | J | T | | | | | |
| 54. Conoco Phillips | B | Dividend | K | T | | | | | |
| 55. Phillips 66 | A | Dividend | K | T | | | | | |
| 56. Freeport-McMoRan Copper & Gold Inc. | C | Dividend | L | T | | | | | |
| 57. iShares MSCI Germany Index | A | Dividend | J | T | | | | | |
| 58. Chesapeake Energy Corp. | A | Dividend | K | T | | | | | |
| 59. Seventy Seven Energy Inc. | | None | J | T | Spinoff (from line 58) | 07/01/14 | J | | |
| 60. John Deere & Co. | B | Dividend | L | T | | | | | |
| 61. National Oil Well Varco Inc. | A | Dividend | L | T | | | | | |
| 62. NOW Inc. DNOW (spin off from national oil well) | | None | J | T | Spinoff (from line 61) | 06/02/14 | J | | |
| 63. Transocean Ltd. | A | Dividend | J | T | | | | | |
| 64. Northern Trust Co. checking account | C | Interest | N | T | | | | | |
| 65. B of A. Fund Strat Mngd Acct (Merrill Lynch)(no control)(H) | | | | | | | | | |
| 66. --Allianz NFJ | A | Dividend | J | T | | | | | |
| 67. --BIF Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 68. --Ivy Asset Strategy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Thornburg International | | | | | Sold | 03/07/14 | J | A | |
| 70. --T Rowe Price Dividend | A | Dividend | J | T | | | | | |
| 71. --Blackrock Eqty Dividend | A | Dividend | J | T | | | | | |
| 72. --Legg Mason Western Asset | A | Dividend | J | T | | | | | |
| 73. --Mainstay Large Cap | | | K | T | Sold (part) | 07/15/14 | J | A | |
| 74. --MFS Value FD CL 1 | A | Dividend | J | T | | | | | |
| 75. --Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 76. --WellsFargo Adv Small Cap | A | Dividend | J | T | | | | | |
| 77. --Blackrock Short Term Muni | A | Dividend | J | T | | | | | |
| 78. --Columbia Select Large Cap | | None | J | T | | | | | |
| 79. --The Oakmark Int'l Fund | A | Dividend | J | T | | | | | |
| 80. NextEra Energy, Inc. formerly FPL Group | B | Dividend | L | T | | | | | |
| 81. iShares Barclays TIPS bond | A | Dividend | K | T | | | | | |
| 82. Vanguard Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 83. iShares Barclays 1-3 Credit Bond | A | Dividend | K | T | | | | | |
| 84. iShares MSCI Brazil Index | A | Dividend | J | T | | | | | |
| 85. iShares MSCI Emerging Market Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Capital One Bank, Bank accounts | A | Interest | M | T | | | | | |
| 87. Apple, Inc. | B | Dividend | L | T | | | | | |
| 88. American Woodmark Corp. | | None | K | T | | | | | |
| 89. CF Industries Holdings, Inc. | B | Dividend | L | T | | | | | |
| 90. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 91. General Mills Inc. | A | Dividend | K | T | | | | | |
| 92. Trust Under ▮▮▮▮ Will (H) | F | Int./Div. | P1 | T | | | | | |
| 93. --Property in Sussex Co. Delaware | | | | | | | | | |
| 94. --Bank of America checking | | | | | | | | | |
| 95. --Plains All American Pipeline LP | | | | | | | | | |
| 96. --Energy Transfer Partners LP | | | | | | | | | |
| 97. --Seadrill Ltd. | | | | | Sold (part) | 03/10/14 | K | B | |
| 98. --Enterprise Prods Partners LP | | | | | | | | | |
| 99. --Health Care Reit Inc. | | | | | Sold | 06/10/14 | J | A | |
| 100. --Tortoise Pipeline & Energy FD | | | | | Sold | 07/11/14 | L | E | |
| 101. --Clearbridge Enercy MLP Tot Ret | | | | | | | | | |
| 102. --Markwest Engy Ptnrs | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Merck & Co Inc | | | | | Buy (add'l) | 11/25/14 | K | | |
| 104. --Nestle Spon ADR Rep | | | | | Buy (add'l) | 11/25/14 | K | | |
| 105. --Reynolds American Inc | | | | | Sold | 04/29/14 | K | D | |
| 106. --Targa Res Ptnrs LP | | | | | | | | | |
| 107. --Vodafone GP Plc ADS NEW | | | | | Sold | 10/10/14 | L | A | |
| 108. --Altria Group Inc. | | | | | | | | | |
| 109. --BCE Inc. | | | | | | | | | |
| 110. --Oaktree Capital GP | | | | | Sold | 10/10/14 | K | A | |
| 111. --Unit First Trust Capital Strength Buy Write 9 | | | | | Sold | 08/18/14 | L | D | |
| 112. --Unit First Trust Deep Value Sub 10 Div. 10 | | | | | | | | | |
| 113. --Unit First Trust Dividend Strength 19 | | | | | | | | | |
| 114. --Unit First Trust Dividend Strength 20 | | | | | | | | | |
| 115. --Unit First Trust Target Gobal Dividend Leaders 4th Qtr 13 | | | | | Sold | 12/15/14 | J | A | |
| 116. --Unit First Trust Uncommon Values Growth and Income 2013 | | | | | Sold | 08/27/14 | K | B | |
| 117. --Unit Van Kampen Morgan Stanley Stocks for 2016 | | | | | | | | | |
| 118. --First TR Morningstar Div | | | | | Buy (add'l) | 04/29/14 | K | | |
| 119. --First Trust DJ GL Sel DVD | | | | | Buy (add'l) | 04/29/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Diamond Offshore Drilling | | | | | Buy | 07/28/14 | K | | |
| 121. | | | | | Sold | 11/20/14 | K | A | |
| 122. --AT&T Inc | | | | | Buy | 11/20/14 | K | | |
| 123. --Autodesk Inc Delaware | | | | | Buy | 06/10/14 | K | | |
| 124. --Clearbridge Amern Engy MLP FND | | | | | Buy | 07/11/14 | K | | |
| 125. | | | | | Buy (add'l) | 11/20/14 | K | | |
| 126. --First Trust New Opp MLP&ENE FD | | | | | Buy | 07/11/14 | K | | |
| 127. | | | | | Buy (add'l) | 11/20/14 | K | | |
| 128. --Unit First Trust Uncommon Values Growth and Income 2014 | | | | | Buy | 08/27/14 | K | | |
| 129. --Unit First Trust Capital Strength Buy-Write 16 | | | | | Buy | 08/18/14 | K | | |
| 130. --Unit Guggenheim SMID Dividend Strength 1 | | | | | Buy | 08/18/14 | K | | |
| 131. --Unit Guggenheim European High Dividend 2 | | | | | Buy | 08/18/14 | K | | |
| 132. | | | | | Buy (add'l) | 12/15/14 | K | | |
| 133. --Verizon Communications | | | | | Buy | 11/20/14 | K | | |
| 134. JAMS, Inc/Endispute | E | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 10.  Inadvertently failed to report closing of account several years ago.  No gain.

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 07/23/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DEBORAH K. CHASANOW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544